TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
R. TRAVIS CAMPBELL (SBN 271580)
tcampbell@snllp.com
LEANNE C. YU (SBN 290698)
lyu@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for Defendant
Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | CASE NO.  1:19-cv-01145-LJO-JLT<br><br>**NOTICE OF BANKRUPTCY PROCEEDING [L.R. 159]** |

Pursuant to Local Rule 159, Defendant hereby provides notice that, on September 20, 2019, plaintiff Brian Davis filed a Chapter 7 Voluntary Bankruptcy Petition in this District.  The case number is 19-14000.

Defendant believes that the prosecution of this action violates the automatic stay of 11 U.S.C. § 362 because Plaintiff's claim is property of the estate.  *See* 11 U.S.C. § 362(a)(3) (automatic stay applies to "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate . . ."); *see also In re Mannie*, 299 B.R. 603, 607 (N.D. Cal. 2003) (by filing and prosecuting debtor's action against his former counsel, "the Debtor violated the automatic stay by exercising control over property of the estate.").  Accordingly, Defendant submits that this action should be stayed pending the completion of Plaintiff's bankruptcy proceeding.

DATED: October 17, 2019            SIMMONDS & NARITA LLP
                                                                      TOMIO B. NARITA
                                                                      R. TRAVIS CAMPBELL
                                                                      LEANNE C. YU

                                                     By:   s/R. Travis Campbell
                                                                R. Travis Campbell
                                                                Attorneys for Defendant
                                                                Portfolio Recovery Associates, LLC