# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01145 LJO JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE CASE SHOULD NOT BE STAYED |

The defense has reported that the plaintiff has filed a Chapter 7 Voluntary Bankruptcy petition. (Doc. 11) The defense asserts that this filing requires this Court stay this case because this "claim is property of the estate." Id. at 2. Thus, the Court **ORDERS**:

1. **No later than November 29, 2019**, the plaintiff **SHALL** show cause why this action should not be stayed due to his filing of his Chapter 7 Voluntary Bankruptcy petition.

**The plaintiff is advised that his failure to comply with this order may result in a recommendation that the action be dismissed for failure to prosecute this action.**

IT IS SO ORDERED.

　Dated:　**November 5, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE