# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | Case No.: 1:19-cv-01145 NONE JLT<br><br>ORDER CLOSING THE ACTION |

　　　The parties have stipulated to the action being dismissed with prejudice as to Mr. Davis and without prejudice to the proposed class. (Doc. 23) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

　　Dated: __**March 10, 2020**__　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE